■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR McCABE, Appellant.— Appeal by defendant from an order of the County Court, Kings County, dated June 8, 1959, denying, after a hearing, his *coram nobis* application to vacate a judgment of said court, rendered August 8, 1956, convicting him, on his plea of guilty, of robbery in the second degree and sentencing him, as a second felony offender, to serve a term of 7½ to 15 years. The application was made on the grounds: (1) that at the time of the plea and sentence he was in such a state of insanity as to be incapable of understanding the proceedings; (2) that he was not accorded the benefit of the allocution required by section 480 of the Code of Criminal Procedure; and (3) that the sentence of the court was more severe than had been allegedly promised by the prosecutor, although the court allegedly had knowledge of the claimed promise. Order affirmed. No opinion. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RALPH RAHFI, Appellant.— Appeal by defendant from a judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, rendered December 9, 1960, convicting him, after trial, of assault in the third degree, and sentencing him to a term of six months in the Workhouse. Defendant is presently serving such term. Judgment reversed on the law and the facts, information dismissed and defendant discharged from custody. In our opinion, defendant's guilt was not established beyond a reasonable doubt. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THURSTON SMITH, Appellant.— Appeal by defendant: (1) from a judgment of the County Court, Queens County, rendered June 27, 1958, convicting him, after a jury trial, of grand larceny in the first degree for using and operating an automobile without the owner's consent (Penal Law, § 1293-a), and sentencing him to serve a term of two to seven years; and (2) from every intermediate order made in the action. Judgment affirmed. No opinion. No separate appeal lies from the intermediate orders, which have been reviewed on the appeal from the judgment of conviction. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH SUMPTER, Appellant.— Appeal by defendant from an order of the County Court, Kings County, dated November 23, 1959, denying, without a hearing, his motion for resentence as a first felony offender, rather than as a second felony offender. On April 4, 1957, judgment was rendered by said court convicting defendant, on his plea of guilty, of attempted sale of narcotics as a felony, and sentencing him *as a second felony offender* to serve a term of 5 to 10 years. For the purposes of this appeal the order appealed from has been considered as one denying a motion to vacate a judgment of conviction, otherwise known as a motion or application for a writ of error *coram nobis* (Code Crim. Pro., § 517). Order affirmed. No opinion. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.